IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| RFT Management Company, LLC, | ) | Civil Action No. 8:10-CV-02503-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| William E. Gilbert, Stephen Gilbert, Jan | ) | **WITH PREJUDICE** |
| Bradshaw, Courtney R. Furman, Furman | ) | |
| Properties, LLC, Lake Greenwood | ) | |
| Developers, LLC, John D. Powell, | ) | |
| Professional Appraisal Service, Inc., | ) | |
| Tinsley & Adams, LLP, and Welborn D. | ) | |
| Adams, | ) | |
| Defendants. | ) | |
| | ) | |

The Court being informed that this matter has been resolved by the parties, upon motion of counsel for the Defendants John D. Powell and Professional Appraisal Service, Inc., with consent of counsel for the Plaintiff, this matter is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED.

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

March 14, 2016
Columbia, South Carolina

1

**I SO MOVE:**

**ROE CASSIDY COATES & PRICE, P.A.**

s/ William A. Coates
William A. Coates, Fed. ID No. 183
Carroll H. Roe, Jr., Fed. ID No. 3524
P.O. Box 10529
Greenville, SC 29603
864-349-2600 – Telephone
864-349-0303 – Facsimile
wac@roecassidy.com
proe@roecassidy.com


**I CONSENT:**

s/ Harry A. Swagart, III
Harry A. Swagart, III, Fed. ID No. 4398
HARRY A. SWAGART, III, P.C.
Post Office Box 7787
Columbia, South Carolina 29202-7787
Tel: 803-779-0770
Fax: 803-779-0771
harry@harryswagart.com
*Attorney for Plaintiff*

2